UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Hernandez,

                    Plaintiff,

          v.                                                    26-CV-1998 (DEH)

Commissioner of Social Security,                                ORDER

                    Defendant.

DALE E. HO, United States District Judge:

          By separate Order today, the Court is referring this case to the assigned Magistrate Judge

for report and recommendation.  Because the case involves a challenge to a final decision by the

Commissioner of Social Security pursuant to 42 U.S.C. § 405(g), it is subject to the Supplemental

Rules for Social Security Actions and Local Social Security Rules 1.1 through 8.1.

          To conserve resources, to promote judicial efficiency, and in an effort to achieve a faster

disposition of this matter, it is hereby ORDERED that the parties must discuss whether they are

willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before the

assigned Magistrate Judge.

          If both parties consent to proceed before the Magistrate Judge, counsel for Defendant must,

**within two weeks of the date on which Defendant enters an appearance**, file on ECF a fully

executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, a copy of

which is attached to this Order (and also available at https://www.nysd.uscourts.gov/node/754).  If

the Court approves that form, all further proceedings will then be conducted before the assigned

Magistrate Judge rather than before the undersigned.

If either party does not consent to conducting all further proceedings before the assigned Magistrate Judge, the parties must file a joint letter, **within two weeks of the date on which Defendant enters an appearance** advising the Court that the parties do not consent, **but without disclosing the identity of the party or parties who do not consent**.  There will be no adverse consequences if the parties do not consent to proceed before the Magistrate Judge.

        SO ORDERED.

Dated: March 12, 2026
New York, New York

                                    DALE E. HO
                            United States District Judge

2